604 A.2d 246

In re District Justice Raymond E. TUBBS Magisterial District 10–2–09 Westmoreland County, Pennsylvania.

Supreme Court of Pennsylvania.

Submitted Sept. 27, 1990.

Decided March 5, 1992.

Thomas R. Ceraso, Greensburg, for respondent.

Robert L. Keuch, Executive Director, for J.I.R.B.

Before NIX, C.J., and FLAHERTY, McDERMOTT, PAPADAKOS, and CAPPY, JJ.

## ORDER

PER CURIAM:

Respondent, Raymond E. Tubbs, having resigned from office on January 9, 1990, it is ORDERED that he is forever barred from judicial office in the Commonwealth.

LARSEN, J., and ZAPPALA, J., did not participate in the consideration or decision of this case.